Michael Hendershot (CA State Bar No. 211830)
mhendershot@jonesday.com
Eamon Heaney (CA State Bar No. 360323)
eheaney@jonesday.com
Matthew M. Everts (CA Bar 359377)
meverts@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94306
Telephone: (650) 739-3940
Fax: (650) 739-3900

*Attorneys for Plaintiff*
*Five9, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| FIVE9, INC., Plaintiff, v. ARLINGTON TECHNOLOGIES LLC, Defendant. | CASE NO. 3:26-cv-8048 |

**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Five9, Inc. ("Five9"), by and through its undersigned attorney, states that Five9 is a non-governmental publicly held corporate party, has no parent corporation, and no publicly held corporation owns 10% or more of Five9's stock.

Dated: August 3, 2026

Respectfully submitted,

*/s/ Michael Hendershot*

Michael Hendershot
CA. Bar. No. 211830
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94306
Phone: (650) 739-3940
Fax: (650) 739-3900
Email: mhendershot@jonesday.com

*Attorneys for Plaintiff Five9, Inc.*